ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| WILLIAM J. BUBICK, | CASE NO. 1:05-CV-1445-LJO |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS SO ORDERED that Plaintiff's time in which to file and serve an opening brief is hereby extended from the present due date of July 17, 2006, by thirty days, to the new date of August 16, 2006.

IT IS SO ORDERED.

**Dated:   July 18, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE