ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| WILLIAM J. BUBICK, | CASE NO.1:05-CV-1445-LJO |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE AN OPENING BRIEF** |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS SO ORDERED that Plaintiff's time in which to file and serve an opening brief is hereby extended from the present due date of October 2, 2006, by thirty days, to the new date of November 1, 2006.

IT IS SO ORDERED.

**Dated:   October 18, 2006**          /s/ Lawrence J. O'Neill
66h44d                                              UNITED STATES MAGISTRATE JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE AND SERVE A REPLY BRIEF